# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES BURGESS,
                    Appellant,
          vs.
LAS VEGAS METROPOLITAN POLICE
DEPARTMENT,
                    Respondent.

No. 73135

FILED

MAY 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Nancy L. Allf, District Judge
      Janet Trost, Settlement Judge
      Greenman Goldberg Raby & Martinez
      Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
      Eighth District Court Clerk

---

[1]The oral argument scheduled for May 15, 2018, is vacated.

18-17751